# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LASHDADDY, LLC,

    Plaintiff(s),

v.

KAIMANA KAOHIMAUNA,

    Defendant(s).

Case No.: 2:18-cv-02035-GMN-NJK

**ORDER**

It appears that Defendant was served on October 25, 2018, Docket No. 6, but has not responded to the complaint. Plaintiff has not sought a default or otherwise advanced the case. Accordingly, no later than January 25, 2019, Plaintiff shall file either a request for default or a status report.

IT IS SO ORDERED.

Dated: January 14, 2019

Nancy J. Koppe
United States Magistrate Judge

1